United States District Court
Southern District of Texas
**ENTERED**
July 08, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Brujo Finance Company, §
§
       Plaintiff, §
§
versus §    Civil Action H-20-1551
§    Admiralty 9(H)
100,266.35 Barrels of RON95 §
Gasoline, *in rem*, §
§
       Defendant. §

## Order on Appearance

The motion to appear electronically is denied. (66)

Signed on July 8, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge