| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas

**ENTERED**
July 09, 2020
David J. Bradley, Clerk

| Brujo Finance Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-1551 |
| | § | Admiralty 9(H) |
| 100,266.35 Barrels of RON95 Gasoline, *in rem*, | § § § | |
| Defendant. | § | |

## Order Denying Reconsideration

The denial of the motion to appear electronically subsists. (69)

Signed on July 9, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge