# Glenda Hassan

| | |
|---|---|
| **From:** | Michael Volkov <mvolkov@volkovlaw.com> |
| **Sent:** | Thursday, July 9, 2020 11:14 AM |
| **To:** | Lisa Eddins; Carolyn McFadden |
| **Cc:** | Glenda Hassan |
| **Subject:** | Re: Health and Safety Concern and Ongoing Civil Litigation |
| **Attachments:** | Denial Order.pdf |

Dear Ms. Eddins and Ms. McFadden:

Please inform the Chief Judge denied our emergency motion to reconsider our participation via telephone in today's hearing. Copy attached.

We intend to file a writ of mandamus in the Fifth Circuit ASAP.


**Michael Volkov, CEO**
**The Volkov Law Group LLC**
**mvolkov@volkovlaw.com**
**(240) 505-1992**
***Corruption Crime & Compliance***
***https://blog.volkovlaw.com/***
***Volkov Law Group***
***http://volkovlaw.com***