## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs   ☐ Lytal |
| DATE | July 9, 2020 |
| TIME | ☐ a.m.   ☐ a.m.<br>2:25 p.m.   4:30 p.m. |
| CIVIL ACTION | H — 20 — 1551 |
| STYLE | Brujo Finance Company<br>*versus*<br>100,266.35 Barrels of RON95 Gasoline |

**DOCKET ENTRY**

☐ Conference,  ☑ Hearing,  Day _____   ☐ Bench   ☐ Jury Trial   Reporter: C. Gutierrez-ERO

| | |
|---|---|
| Julie Haines & Jared Young | for Plaintiff |
| Michael Volkov (telephonic) | for Interested Parties |
| Timothy Curl (bidder) | for Quanah Petroleum Consultant |
| Matthew Goitia (bidder) | for Peaker Energy |
| Courtney Palm & Haley Kurisky (counsel) | for Peaker Energy |

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____
☐ Motions taken under advisement: _____
☑ Order to be entered.
☑ Internal review set: July 27, 2020
☐ Rulings rendered on: _____

07-2019